Submitted on record and appellant's brief December 16,
reversed and remanded December 23, 1974

PHILLIP DYER, *Petitioner, v.* OREGON STATE
PENITENTIARY (07-74-058 3718), *Respondent.*

528 P2d 1363

Gary D. Babcock, Public Defender, and Robert C.
Cannon, Deputy Public Defender, Salem, for petitioner.

Lee Johnson, Attorney General, and W. Michael
Gillette, Solicitor General, Salem, for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.

PER CURIAM.

REVERSED AND REMANDED. *Fowler v. OSCI,* 18 Or
App 280, 525 P2d 191 (1974).